IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRELL RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 1163 |
| | ) | |
| v. | ) | Judge DOW |
| | ) | |
| CITY OF CHICAGO; DETECTIVE ARTHUR TARASZKIEWICZ, Star 21183; DETECTIVE JUAN MORALES, Star 20741; DETECTIVE PATRICK BROWN, Star 20982; DETECTIVE HECTOR ALVAREZ, Star 21309; DETECTIVE BRIAN TEDESCHI, Star 20243; DETECTIVE MARK REGAL, Star 20592; DETECTIVE EDWARD HEERDT, Star 20598; OFFICER BRIAN DEJESUS, Star 6332; OFFICER MATTHEW ROGUS, Star 17366; and OFFICER BRIAN TUCKER, Star 12019, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

NOW COMES JASON MARX of THE LAW OFFICE OF JASON M. MARX, LLC, the attorney and law firm of record on behalf of Plaintiff, JERRELL RUSSELL, and respectfully requests this Honorable Court for leave to withdraw his appearance on behalf of Plaintiff. In support thereof, he states as follows:

1. The undersigned, Jason Marx, is the attorney of record on behalf of Plaintiff in this matter.

2. Due to a potential conflict of interest, the undersigned is no longer able to represent Plaintiff in this matter going forward.

1

3. The undersigned has notified Plaintiff of the filing of this motion and this motion's hearing date. Plaintiff has indicated a desire to find new counsel and continue with this matter.

WHEREFORE, JASON MARX of THE LAW OFFICE OF JASON M. MARX, LLC respectfully requests this Honorable Court withdraw his appearance on behalf of Plaintiff.

Respectfully Submitted,

/s/  Jason Marx             .
JASON MARX
Attorney for PLAINTIFF
The Law Office of Jason M. Marx, LLC
180 N. Stetson Avenue, Suite 3500
Chicago, Illinois 60601
(312) 535-8355
Attorney No. 6279266